**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **GULNAZAR NURAETOV** | **CASE NO.  1:25-CV-01740 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **PAMELA BONDI ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 6], after an independent review of the record, no objections thereto have been filed, and after determining that the findings are correct under the applicable law,

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that Petitioner, Gulnazar Nuraetov's ("Petitioner"), Petition for Writ of Habeas Corpus [Doc. No. 1] is **GRANTED IN PART AND DENIED IN PART**. To the extent Petitioner's Petition for Habeas Corpus requests his release from immigration detention, the Petition is **GRANTED**. Respondents, including the Warden of the Jena/Lasalle Detention Facility, must release Petitioner from custody, without bond, with all deliberate speed, taking into account necessary administrative processing during normal operating hours. Respondents may place Petitioner under reasonable conditions of supervision, to be established by an Immigrations and Customs Enforcement officer, if necessary. Respondents must notify Petitioner's counsel of the exact location and time of her release no less than two hours before her release. Respondent, the Warden

of Jena/Lasalle Detention Facility, **must notify** the Court of Petitioner's release **within 24 hours of Petitioner's release** via the following email: doughty_motions@lawd.uscourts.gov.

**IT IS FURTHER ORDERED**, **ADJUDGED**, **AND DECREED** that any possible or anticipated removal or transfer of Petitioner under this present detention is **PROHIBITED**.[1]

**IT IS FURTHER ORDERED** that to the extent Petitioner's Petition for Habeas Corpus requests attorneys' fees under the EAJA, 28 U.S.C. § 2412(d)(1)(A), the Petition is **DENIED** as fees under the EAJA are not available in habeas corpus proceedings. *Barco v. Witte*, 65 F.4th 782 (5th Cir. 2023).

MONROE, LOUISIANA, this 30th day of March 2026.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE

---

[1] In other words, it is the intent of the Court that Petitioner should not be released only to be immediately taken back into custody. The Court expresses no opinion as to whether Petitioner could or should be taken into custody at a later date if travel documents were to be obtained.